**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| ALONZO BERNARD HUNTER, III, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:22-cv-01446-LMM |
| THE STATE OF GEORGIA, Et Al., | |
| Defendants. | |

### J U D G M E N T

This action having come before the court, Honorable Judge Leigh Martin May, United States District Judge, for consideration of the Magistrate Judge's Report and Recommendation and the Court having adopted said recommendation, it is

**Ordered and Adjudged** that the action be **DISMISSED without prejudice** as frivolous under 28 U.S.C. § 1915A and Rule 20(a) of the Federal Rules of Civil Procedure.

Dated at Atlanta, Georgia, this 17th day of May, 2022.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/Kenny Molina
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 17, 2022
Kevin P. Weimer
Clerk of Court

By:  s/Kenny Molina
      Deputy Clerk